No. 00–5117. RODRIGUEZ v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5118. NAVA-RAMIREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5119. AKBAR v. UNITED STATES PAROLE COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 00–5121. WALKER v. HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5122. THAMMAVONG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5124. MCINTYRE v. DELAWARE COUNTY COURT OF COMMON PLEAS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5125. NGUYEN v. MCKINNA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5127. RAMIREZ-SOBERANES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5128. BRADY v. EDELSTEIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5129. RICHARD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–5130. CONNOLLY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5131. WALKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5132. TURNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5133. WOODROW v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–5134. BOYD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.